AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 2:24-MJ-01684 | Date and time warrant executed:<br>3/25/2024   10:00 a.m. | Copy of warrant and inventory left with:<br>UPS |
|---|---|---|

Inventory made in the presence of:
Special Agent Tyler Abrego

Inventory of the property taken and name of any person(s) seized:
Three unlabeled clear vials containing a clear liquid suspected to be ketamine

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/5/2024

*Tyler Abrego*
*Executing officer's signature*

Special Agent Tyler Abrego
*Printed name and title*